# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-2518
_____

State of North Dakota

Plaintiff - Appellee

v.

United States Department of the Interior; Deb Haaland, in her official capacity as Secretary of the Interior; Bureau of Land Management; Nada Culver, in her official capacity as acting Director of the Bureau of Land Management; John Mehlhoff, in his official capacity as the acting Director of the Montana-Dakotas Bureau of Land Management; Tracy Stone Manning, in her official capacity as the Director of the Bureau of Land Management; Sonya Germann, in her official capacity as the Director of the Montana-Dakotas Bureau of Land Management

Defendants - Appellants

Center for Biological Diversity; Sierra Club; Western Organization of Resource Councils; Dakota Resource Council

Intervenor Defendants

_____

No: 23-2597
_____

State of North Dakota

Plaintiff - Appellee

v.

United States Department of the Interior; Deb Haaland, in her official capacity as Secretary of the Interior; Bureau of Land Management; Nada Culver, in her official capacity as acting Director of the Bureau of Land Management; John Mehlhoff, in his official capacity as the acting Director of the Montana-Dakotas Bureau of Land Management; Tracy Stone Manning, in her official capacity as the Director of the Bureau of Land Management; Sonya Germann, in her official capacity as the Director of the Montana-Dakotas Bureau of Land Management

Defendants

Center for Biological Diversity; Sierra Club; Western Organization of Resource Councils; Dakota Resource Council

Intervenor Defendants - Appellants

Appeal from U.S. District Court for the District of North Dakota - Western
(1:21-cv-00148-DMT)
(1:23-cv-00004-DMT)
(1:21-cv-00148-DMT)
(1:23-cv-00004-DMT)

**JUDGMENT**

Appellants' motions to dismiss the appeals are granted. The appeals are hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 22, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
       /s/ Michael E. Gans